UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CYRIL WILKINSON and ANNA WILKINSON**                  **PLAINTIFFS**

**V.**                   **CIVIL ACTION NO. 1:06CV456 LTS-RHW**

**JIMMY POULOS and**
**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**        **DEFENDANTS**

### ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [3] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 31st day of July, 2006.

                                                     s/ *L. T. Senter, Jr.*

                                                     L. T. Senter, Jr.
                                                     Senior Judge