UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CYRIL WILKINSON and ANNA WILKINSON**                                      **PLAINTIFFS**

**V.**                                               **CIVIL ACTION NO. 1:06CV456 LTS-RHW**

**JIMMY POULOS and**
**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**                **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion on Defendants' Motion for Reconsideration I have this day entered, it is hereby

**ORDERED**

That the motion of Defendants Jimmy Poulos and Nationwide Mutual Fire Insurance Company [16] for reconsideration of the Court's order and opinion [14] [15] granting the plaintiffs' motion [3] to remand is hereby **DENIED**.

**SO ORDERED** this 2nd day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge